IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ O.C.
05 MAY 10 PH 3:30

ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| OUTDOOR OPTICS, INC. d/b/a, OLYMPIC OPTICAL CO. ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) | Civil Action No. 05-2185-D<br>Hon. Bernice Donald |
| ) ) DAISY MANUFACTURING COMPANY, ) INC. ) ) | |
| Defendant. ) | |

### ORDER AUTHORIZING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS CAUSE came to be heard on this date upon Motion of Outdoor Optics, Inc. d/b/a Olympic Optical Co. ("Olympic") to allow the withdrawal of Charles W. Fowler and his law firm, Gary K. Smith & Associates, PLLC and the substitution of Robert E. Craddock, Jr. and Douglas A. Black, and their law firm, Wyatt, Tarrant & Combs, LLP.

IT IS THEREFORE ORDERED that Charles W. Fowler and his law firm, Gary K. Smith & Associates, PLLC are hereby allowed to withdraw from the representation of Olympic in this matter. It is further ordered that Robert E. Craddock, Jr. and Douglas A. Black and the law firm of Wyatt, Tarrant & Combs, LLP, should be allowed to appear in this cause and be substituted as attorneys for the Plaintiff.

JUDGE

Date: 5/10/05

510731.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-11-05



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served, via Federal Express, this 9th day of May, 2005, to the following:

Leah Hall Speed, Esq.
Danny Awdeh, Esq.
Baker Donelson Bearman Caldwell & Berkowitz, PC
First Tennessee Bank Building, 20th Floor
165 Madison Avenue
Memphis, TN  38103

Stephen E. Roth, Esq.
Baker Donelson Bearman Caldwell & Berkowitz, PC
900 South Gay Street, Suite 2200
Knoxville, TN  37902

Charles W. Fowler, Esq.
Gary K. Smith & Associates PLLC
100 Peabody Place, Suite 1300
Memphis, TN  38103

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02185 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

G. Franklin Rothwell
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Stephen Roth
BAKER DONELSON BEARMAN & CALDWELL
900 S. Gay St.
Ste. 2200
Knoxville, TN 37902

Charles Wesley Fowler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Minaksi Bhatt
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT