IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -3 PM 12: 43
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**OUTDOOR OPTICS, INC., d/b/a**
**OLYMPIC OPTICAL COMPANY,**

    Plaintiff,

Case No. 05-2185 D

vs.

**DAISY MANUFACTURING COMPANY, INC.,**

    Defendant.

---

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

This matter is before the court upon motion of Plaintiff, pursuant to Rule 83.1(b), requesting that Attorney Minaksi Bhatt be admitted *pro hac vice* for the purpose of appearing as counsel for Plaintiff in this case.

For the reasons stated in the motion, Minaksi Bhatt, is admitted in this court *pro hac vice*.

IT IS HEREBY ORDERED, that Plaintiff's motion for admission *pro hac vice* is **GRANTED**.

IT IS SO ORDERED this 3rd day of June 2005.

                                   BERNICE B. DONALD
                                   UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-6-05

/14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02185 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Minaksi Bhatt
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

G. Franklin Rothwell
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen Roth
BAKER DONELSON BEARMAN & CALDWELL
900 S. Gay St.
Ste. 2200
Knoxville, TN 37902

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Bernice Donald
US DISTRICT COURT