IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**OUTDOOR OPTICS, INC., d/b/a**
**OLYMPIC OPTICAL COMPANY,**

    Plaintiff,

vs.

Case No. 05-2185 D

**DAISY MANUFACTURING COMPANY, INC.,**

    Defendant.

---

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

This matter is before the court upon motion of Plaintiff, pursuant to Rule 83.1(b), requesting that Attorney G. Franklin Rothwell, IV be admitted *pro hac vice* for the purpose of appearing as counsel for Plaintiff in this case.

For the reasons stated in the motion, G. Franklin Rothwell, IV, is admitted in this court *pro hac vice*.

IT IS HEREBY ORDERED, that Plaintiff's motion for admission *pro hac vice* is **GRANTED**.

**IT IS SO ORDERED** this 2 day of June 2005.

                    **BERNICE B. DONALD**
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02185 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

G. Franklin Rothwell
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Stephen Roth
BAKER DONELSON BEARMAN & CALDWELL
900 S. Gay St.
Ste. 2200
Knoxville, TN 37902

Minaksi Bhatt
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Bernice Donald
US DISTRICT COURT