**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

FILED BY _____ D.C.

05 JUL -7 AM 6: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| OUTDOOR OPTICS, INC. d/b/a/<br>OLYMPIC OPTICAL CO. | ) )<br>) | |
| Plaintiff, | ) )<br>) | |
| v. | ) )<br>) | Civil Action No. 05-2185 D<br>Hon. Bernice Donald |
| DAISY MANUFACTURING COMPANY, INC. | ) )<br>) | |
| Defendant. | ) )<br>) | |

## ~~[PROPOSED]~~ ORDER

This matter having come before the Court on the unopposed motion of Outdoor Optics, Inc.

d/b/a Olympic Optical Co. to substitute assignee as party plaintiff, by and through its attorneys, and

the Court, having considered the papers, and for good cause having been shown; IT IS on this 6

day of July , 2005,

ORDERED AND ADJUDGED that the unopposed motion to substitute is GRANTED.

_____

Hon. ~~Bernice Donald~~ Tu M. Phan
United States ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in
case 2:05-CV-02185 was distributed by fax, mail, or direct printing on
July 11, 2005 to the parties listed.

---

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

G. Franklin Rothwell
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Stephen Roth
BAKER DONELSON BEARMAN & CALDWELL
900 S. Gay St.
Ste. 2200
Knoxville, TN 37902

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Minaksi Bhatt
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Honorable Bernice Donald
US DISTRICT COURT