FILED BY ~~~~~ D.C. ___ D.C.

05 AUG 05 AUG 81 4PM 4: 24

THOMAS M. GOULD
CLERK US DISTRICT COURT
WD OF TN MEMPHIS MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| OLYMPIC OPTICAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2185 D |
| | ) | Hon. Bernice Donald |
| | ) | |
| DAISY MANUFACTURING COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

COME NOW Plaintiff Olympic Optical LLC and Defendant Daisy Manufacturing Company,

by and through counsel of record, and make the proposed amendments to the Scheduling Order:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): June 8, 2005

PLAINTIFF'S DISCLOSURE OF INFRINGEMENT CONTENTIONS: June 24, 2005

JOINING PARTIES: July 7, 2005

AMENDING PLEADINGS: July 7, 2005

DEFENDANT'S NON-INFRINGEMENT AND INVALIDITY CONTENTIONS: July 25, 2005

PLAINTIFF'S RESPONSE TO INVALIDITY CONTENTIONS: September 1, 2005

PARTIES MEET AND CONFER REGARDING CLAIM CONSTRUCTION: September 9, 2005

INITIAL MOTIONS TO DISMISS: September 29, 2005

PLAINTIFF FILES CLAIM CONSTRUCTION BRIEF: October 7, 2005

1

M DA 895990 v1
2790917-000001  08/09/05

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on ___8-14-05___



DEFENDANT FILES RESPONSE REGARDING CLAIM CONSTRUCTION: November 4, 2005

REQUESTED DATE FOR CLAIM CONSTRUCTION HEARING: November 18, 2005

COMPLETING FACT AND EXPERT DISCOVERY: March 10, 2006

    (a) DOCUMENT PRODUCTION: December 16, 2005

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: December 16, 2005

    (c) DISCLOSURE OF EXPERT TESTIMONY (Rule 26):

        (1)    DISCLOSURE OF EXPERT TESTIMONY ON ISSUES AS TO WHICH PARTY HAS THE BURDEN OF PROOF: January 12, 2006

        (2)    SUPPLEMENTAL DISCLOSURE TO CONTRADICT OR REBUT EVIDENCE ON THE SAME SUBJECT MATTER: February 10, 2006

        (3)    COMPLETE EXPERT WITNESS DEPOSITIONS: March 10, 2006

FILING DISPOSITIVE MOTIONS: March 24, 2006

RESPONSES TO DISPOSITIVE MOTIONS: April 14, 2006

REPLY BRIEFS IN SUPPORT OF DISPOSITIVE MOTIONS: April 21, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer, or objection, which is the

2

subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately three (3) days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered upon request of the parties. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

_August 11, 2005_
Date

3

M DA 895990 v1
2790917-000001   08/09/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02185 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Minaksi Bhatt
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

G. Franklin Rothwell
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Stephen Roth
BAKER DONELSON BEARMAN & CALDWELL
900 S. Gay St.
Ste. 2200
Knoxville, TN 37902

Honorable Bernice Donald
US DISTRICT COURT