IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.
05 OCT 11 PM 3: 02
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| OLYMPIC OPTICAL LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2 185 D |
| ) | Hon. Bernice Donald |
| DAISY MANUFACTURING ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

In view of a private settlement between the parties, the parties' claims and counterclaims against each other in the above-captioned action are dismissed with prejudice.

Each party shall bear its own costs.

_____
The Honorable Bernice Donald
Date: 10-8-2005

M DA 905410 v1
0-0 10/03/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-12-05

(27)

APPROVED FOR ENTRY:

*/s/ Danny Awdeh*

Lea Hall Speed (TN Bar No. 14815)
Danny Awdeh (TN Bar no. 22663)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Firm Telephone: (901) 526-2000
Direct Telephone: (901) 577-2336
Facsimile: (901) 577-4292

OF COUNSEL:
Stephen E. Roth (TN. Bar No. 12233)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
900 South Gay Street, Suite 2200
Knoxville, Tennessee 37902
Firm Telephone No. (865) 549-7000
Direct Telephone No. (865) 971-5172
Facsimile: (865) 329-5172

*Attorneys for Defendant,*
*Daisy Manufacturing Company*

*/s/ Robert Craddock w/ permission DA*

Robert E. Craddock, Jr.
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120
(901) 537-1000

G. Franklin Rothwell
Minaksi Bhatt
ROTHWELL FIGG ERNST & MANBECK
1425 K St., N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

*Attorneys for Plaintiff*
Olympic Optical LLC

2

M DA 905410 v1
0-0 10/03/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02185 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen Roth
BAKER DONELSON BEARMAN & CALDWELL
900 S. Gay St.
Ste. 2200
Knoxville, TN 37902

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Minaksi Bhatt
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

G. Franklin Rothwell
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Ste. 800
Washington, DC 20005

Honorable Bernice Donald
US DISTRICT COURT